**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JONATHAN SHELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ABDIRIZAK GURE, YAYA TRANSPORT LLC, and YOUNG STARS TRANSPORT INC.,<br><br>    Defendants. | NO. 3:19-CV-0843<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 17th day of May, 2019, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiff fails to do so, the action will be dismissed.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge