# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN SHELTON, | |
| Plaintiff, | NO. 3:19-CV-0843 |
| v. | (JUDGE CAPUTO) |
| ABDIRIZAK GURE, YAYA TRANSPORT LLC, and YOUNG STARS TRANSPORT INC., | |
| Defendants. | |

## **ORDER**

**NOW**, this 3rd day of September, 2019, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 13) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge